## David Goldstein, Appellant, v. The Pullman Company et al., Appellees.

Gen. No. 40,837.

Heard in first division, first district, this court at October term, 1939; opinion filed April 8, 1940; rehearing denied

April 22, 1940. Irving G. Zazove, for appellant; C. D. Clark and E. W. Lademann, for appellees. Opinion by JUSTICE O'CONNOR. "Not to be published in full."